# STONE M MAGNANINI

## COMPLEX LITIGATION

May 18, 2020

**VIA HAND DELIVERY**

Clerk, United States District Court       **FILED UNDER SEAL**
District of New Jersey
50 Walnut Street
Newark, NJ  07102

      RE:    Filing of Complaint Under Seal

Dear Sir/Madam:

      Enclosed for filing is an original and two (2) copies of the Complaint and Civil Cover Sheet in connection with a matter to be filed under seal pursuant to 31 U.S.C. § 3730(b)(2).

      Also, enclosed is a check in the amount of $400.00 to cover the filing fees.

Additionally, enclosed is a Compact Disc with an electronic version of the Complaint and Civil Cover Sheet in PDF format. Please stamp as "FILED" and return the additional 2 copies of the documents in the self-addressed envelope for our records.

                                          Very truly yours,

                                          Robert A. Magnanini

RAM/ve
Enclosure