UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BEN AALAMPOUR,

        Plaintiff,

v.

RAAB PHARMACY, *et al.*,

        Defendants.

Civil Action No. 20-6202 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon an unopposed Ex Parte Motion for Extension of Time by the United States of America. (ECF No. 11.) The Court having reviewed the papers submitted by Plaintiff, and for good cause shown,

    **IT IS** on this **23rd** day of **August 2022**,

    **ORDERED** that the Honorable Zahid N. Quraishi, U.S.D.J., hereby recuses himself from the consideration of this matter; and it is further

    **ORDERED** that the remainder of Plaintiff's request for relief will be decided by the judge assigned to this matter. Judge Quraishi will take no part in the consideration of those matters.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE