UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF NEW JERSEY *ex rel.* BEN AALAMPOUR,<br><br>*Plaintiffs*,<br>v.<br><br>RAAB PHARMACY A/K/A ZOOBEEDU INC. D/B/A HOME TOWNE RX, *et al.*,<br><br>*Defendants.* | Hon. Robert Kirsch<br><br>*Civil Action No.* 3:20-6202 (RK-TJB)<br><br>**ORDER DISMISSING COMPLAINT, UNSEALING MATTER, AND UNSEALING CERTAIN DOCUMENTS** |

The United States having filed with the Court its notice of election to decline to intervene in the above-captioned action and application for an order dismissing the Complaint, and unsealing certain documents;

The United States, the State of New Jersey, and Relator Ben Aalampour having filed a Stipulation of Dismissal of the above-captioned action;

IT IS on this 1st day of May, 2024,

ORDERED that the Relator's Complaint shall be dismissed as follows: (1) with respect to the Relator, the Complaint shall be dismissed with prejudice; and (2) with respect to the United States and the State of New Jersey, the Complaint shall be dismissed without prejudice; and it is further

ORDERED that this matter shall be unsealed; and it is further

ORDERED that the Complaint, the United States' notice of election and all papers filed with the notice of election, and this Order shall be unsealed on the docket; and it is further

ORDERED that all other documents in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or

for any other reason) shall remain under seal and shall not be made public; and it is further

ORDERED that the Clerk of Court is directed to close this case.

_____
HON. ROBERT KIRSCH
United States District Judge